Whitaker, Darnell
(Name)

Sycamore - East - 226
P.O. Box 441
(Address)

Chino, CA 91708
(City, State, Zip)

BE 8679
(CDCR / Booking / BOP No.)

**FILED**

JAN 24 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ____ 1983 ✓

**FILING FEE PAID**
Yes ____ No ✓

**IFP MOTION FILED**
Yes ✓ No ____

**COPIES SENT TO**
Court ✓  Pro Se ____

# United States District Court
## Southern District of California

Whitaker, Darnell             )
(Enter full name of plaintiff in this action.)  )
                              )
                Plaintiff,    )   **'18CV171   CAB BGS**
                              )   Civil Case No._____
                              )   (To be supplied by Court Clerk)
v.                            )
                              )
El Cajon Police Department,   )
J. Laroche #342,              )   Complaint under the
A. Boyer #349,                )   Civil Rights Act
J. Perham #341,               )   42 U.S.C. § 1983
(Enter full name of each defendant in this action.)  )
                Defendant(s). )
                              )

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Whitaker, Darnell
_____, who presently resides at Sycamore East - 226 P.O Box 441, Chino CA 91708
(mailing address or place of confinement), were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at Villa Serena
Motel _____ on (dates) 3/8/15, 3/8/15, and 3/8/15.
(institution/place where violation occurred)    (Count 1)  (Count 2)  (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>Laroche, J #342</u> resides in <u>San Diego</u>,
             (name)                           (County of residence)
and is employed as a <u>Officer/Patrol division</u>. This defendant is sued in
                      (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>J. Laroche was on duty as a El Cajon Police officer.</u>

Defendant <u>Boyer, A #349</u> resides in <u>San Diego</u>,
             (name)                           (County of residence)
and is employed as a <u>Officer/Patrol division</u>. This defendant is sued in
                      (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>A. Boyer was on duty as a El Cajon Police Officer</u>

Defendant <u>Perham, J #341</u> resides in <u>San Diego</u>,
             (name)                           (County of residence)
and is employed as a <u>Officer/Patrol division</u>. This defendant is sued in
                      (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>J. Perham was on duty as a El Cajon Police Officer.</u>

Defendant _____ resides in _____,
             (name)                           (County of residence)
and is employed as a _____. This defendant is sued in
                      (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Freedom from excessive force.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On 3/8/15 plaintiff was the victim of a crime. Plaintiff was assaulted and seen on video footage fighting against a group of people for a extended period of four minutes. Plaintiff was in fear for his life and fled to safety inside a motel lobby. The plaintiff was later described by (officer J. Laroche #342) "Suspect was exhibiting extreme paranoia." Officer Laroche stated. The plaintiff was bleeding profusely.
A standoff with police led officer Doyle to negotiate a peaceful surrender. When plaintiff surrenders with his hands completely up, video footage captures multiple officers yelling conflicting commands. Some yell get on the ground, some yell freeze, most yell put your hands up. Officer Laroche deploys a taser on plaintiff and recycles a 5 second charge twice. In addition officer "J Perham" deploys his taser and cycles a 5 second charge twice.

Count 2: The following civil right has been violated: __Freedom from Police misconduct__.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On 3/8/15 officer A. Boyer #349 showed "Police misconduct" by lying and falsifying evidence when he submitted a report stating "I observed the subject holding a large black knife in his left hand." Plaintiff never had a knife, and law enforcement never did find the alleged "knife." The falsified reports was a effort to further incriminate the plaintiff, and to justify the need for "excessive force". This is clearly police misconduct.

§ 1983 SD Form
(Rev. 8/15)

4

Count 3: The following civil right has been violated: Freedom From cruel and Unusual Punishment.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Plaintiff is diagnosed with "Ptsd" and suffers from been assaulted by police officer #342 J. Laroche and officer #341 J. pekham. On 3/8/15 The plaintiff was unarmed, with his hands completely up when the two officers above deployed "taser devices" causing severe internal damage, physical injuries when plaintiff fell head first and lost a front tooth.
The incident is caught on camera and depicts the cruel and unusual punishment.

(Evidence: Google Video clip

"East County man goes on rampage"

Actual news footage capturing the assault.

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: _____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

My civil rights were violated and I am seeking damages. The law enforcement agency is in denial and unwilling to admitt fault. And or compensate me with punitive damages.

§ 1983 SD Form
(Rev. 8/15)

6

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): J. Laroche, J Perham restricted from operating a "ECD" until properly trained and recertified.

2. Damages in the sum of $ 2.7 million.
3. Punitive damages in the sum of $ 2.7 million.
4. Other: Pain & suffering, emotional distress, medical bills.

### F. Demand for Jury Trial

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters, and trial in this case.

_11/1/17_
Date

_Whitaker_
Signature of Plaintiff

Darnell Whitaker #AE3601
Sycamore East-226
P.O Box 441
Chino, CA 91708

RECEIVED
JAN 24 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Clerk of U.S District Court
333 W. Broadway ste#420
San Diego, CA 92101

Legal Mail

[Image of an envelope with handwritten notation along the right side: "C/O S. [signature] Badge # 37705" and date "1-19-18"]