

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darnell Whitaker | Civil Action No. 18-cv-00171-CAB-BGS |
| Plaintiff, | |
| V. | |
| (See Attachment) | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons set forth above, the motion to dismiss the FAC is GRANTED WITHOUT LEAVE TO AMEND. IT IS SO ORDERED.

Date: 12/17/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Hazard

A. Hazard, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 18-cv-00171-CAB-BGS

J. Laroche (#342)  Officer / Patrol Division ; A. Boyer (#349)  Officer / Patrol Division; J. Perham (#341) Officer / Patrol Division; City of El Cajon; Does 1 Through 10  inclusive ,

    Defendants